UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KATHERINE FELICIANO

                        Plaintiff,

                        08-CV-4421 (RSW)(DFE)

      v.

STUDLEY, INC., ROBERT GRAUBARD, and
LORRAINE VEGA, in their individual and     **Affidavit of Service**
official capacities.

                      Defendants

-----------------------------------------------------------X

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK  )

        Ryan G. Rudich, being duly sworn deposes and says:

1. I am not a party to the action.

2. I am over 18 years of age.

3. On May 13, 2008, I served a true copy of the complaint in the above captioned matter on Deborah Swindells Donovan, Esq., Gordon & Reese LLP, 90 Broad Street, 23rd Fl., New York, NY 10004, attorney for Defendants, via Federal Express Overnight Delivery.

Sworn to before me this
13th day of May 2008

_____
Notary Public

                                                      _____
                                                      Ryan G. Rudich

JAMES IRVIN JR.
Notary Public, State of New York
No. 01IR6140071
Qualified in New York County
Commission Expires Jan. 17, 2010