UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KATHERINE FELICIANO

                       Plaintiff,

                       08 CIVIL 4421    (RSW)

-against-

STUDLEY, INC., ROBERT GRAUBARD,
AND LORRAINE VEGA, in their individual and
official capacities    Defendant.
-------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: DW-9737

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* 85 Fifth Avenue   New York, NY 10003

☐ *Telephone Number:* (212) 257-6800

☐ *Fax Number:* (212) 257-6845

☐ *E-Mail Address:* dwigdor@twglaw.com

Dated: 7/23/08