UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KATHERINE FELICIANO

                               Plaintiff,

                                                                          08 CIVIL 4421 ( )

                -against-

ROBERT GRAUBARD, and LORRAINE VEGA, in their
official and individual capacities,

                             Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: CD-7282

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒   *Address:*   85 Fifth Avenue  New York, NY 10003

☒   *Telephone Number:*   (212) 257-6800

☒   *Fax Number:*   (212) 257-6845

☒   *E-Mail Address:*   cdavis@twglaw.com

Dated: 7/24/08