UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
KATHERINE FELICIANO                                          :
:
                              Plaintiff,                     :
:
        v.                                                   :    08-CV-4421 (RWS)(DFE)
:
:
STUDLEY, INC., ROBERT GRAUBARD, and                          :
LORRAINE VEGA, in their individual and                       :
official capacities.                                         :
:
                              Defendants                     :
:
-------------------------------------------------------------X

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

NOW COMES the Parties to the within action, by their undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby notify the Court of the following:

1.      Plaintiff Katherine Feliciano hereby dismisses with prejudice all counts in the within Action as to all Defendants.

2.      Defendants stipulate to Ms. Feliciano's dismissal with prejudice as to all counts in the within action.

3.      Accordingly, the Parties respectfully request that this matter be dismissed with prejudice.

4.      The Parties will bear their own costs and attorneys' fees.

Dated: August 22, 2008

Respectfully submitted,

THOMPSON WIGDOR & GILLY LLP

By: _____
    Douglas H. Wigdor (DW - 9737)
    Christopher Q. Davis (CD - 7282)
    85 Fifth Avenue, 5th Floor
    New York, New York 10003
    (212) 257-6800

Attorneys for Plaintiff Katherine Feliciano


GORDON & REESE LLP

By: _____
    Mercedes Colwin (MC - 3862)
    90 Broad Street, 23rd Floor
    New York, New York 10004
    (212) 453-0702

Attorneys for Defendants Studley, Inc.,
Robert Graubard and Lorraine Vega